## 37420. REID v. WILKES.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED JULY 7, 1981.

*Charles A. Mathis, Jr.,* for appellant.

*Willis B. Sparks III, District Attorney, Thomas Matthews, Assistant District Attorney,* for appellee.